**Virginia FISHER, Plaintiff–Appellant,**

v.

**GREATER HOUSTON CONVENTION & VISITORS BUREAU, et al.,**
**Defendants,**

**Greater Houston Convention & Visitors Bureau, Defendant–Appellee.**

**No. 05–20855.**

United States Court of Appeals,
Fifth Circuit.

Sept. 12, 2006.

Carol Patricia Keough, Coats, Rose, Yale, Ryman & Lee, Houston, TX, for Plaintiff–Appellant.

Stephen W. Schueler, Winstead, Sechrest & Minick, Houston, TX, for Defendant–Appellee.

Before KING, GARWOOD and JOLLY, Circuit Judges.

294

PER CURIAM: *

On consideration of the record, briefs, and argument of counsel, this court concludes that under all the circumstances, the district court abused its discretion in entirely denying the Rule 56(f) motion of plaintiff-appellant, who had not been allowed (despite appropriate request) to take *any* deposition, and accordingly the district court's grant of summary judgment for defendant-appellee is vacated, and the cause is remanded for further proceedings not inconsistent herewith.

VACATED and REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5 the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.